IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2015 APR 15  AM 9: 21

CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ AO

| | | |
|---|---|---|
| A PTY LTD., | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CAUSE NO. 1:15-CV-159-LY |
| | § | |
| MICROSOFT CORPORATION, | § | |
| DEFENDANT. | § | |

## ORDER

**IT IS HEREBY ORDERED** that the undersigned United States District Judge **RECUSES** himself from the above-styled and numbered cause.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall **REASSIGN** the case.

SIGNED this 15th day of April, 2015.

_____
LEE YEAKEL
UNITED STATES DISTRICT JUDGE